IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07cr15-4

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **DONNA MARIE GOOSSENS.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on Warden Ginny Van Buren's Motion for Enlargement of Time to Conduct Evaluation. Having considered Warden Ginny Van Buren's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Warden Ginny Van Buren's Motion for Enlargement of Time to Conduct Evaluation (letter request) is **GRANTED,** and the Bureau of Prisons is **ALLOWED** up to and inclusive of August 20, 2007, to so comply.

Signed: August 13, 2007

Dennis L. Howell
United States Magistrate Judge