# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07-CR-15

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DONNA MARIE GOOSSENS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

THIS MATTER coming on to be heard, pursuant to a motion filed by the defendant entitled, "Motion for Reconsideration of Conditions of Release" (#172). At the hearing of this matter, the undersigned examined the record of proceedings in this case and found that on March 7, 2007 the undersigned had entered an Order (#70) setting conditions of release for the defendant. Thereafter, the defendant moved the court for an examination to determine whether or not the defendant was competent to proceed in this matter. The court allowed the motion and the defendant was sent for an examination. The defendant is now back before the court from her examination. The order setting terms and conditions of release that was filed on March 7, 2007 has not been revoked or modified and the court finds that the defendant is entitled to be released on the same terms and conditions of release.

The undersigned has, out of an abundance of caution, reconsidered the issue of the release of the defendant and finds that at the present time there is not any reason to detain the defendant and will release the defendant upon the same terms and conditions of release as

the Order (#70) entered on March 7, 2007 pending further hearings and proceedings in this matter.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the "Motion for Reconsideration of Conditions of Release" (#172) is hereby **ALLOWED** and the court finds that the defendant should be released on the same terms and conditions as set forth in the Order (#70) setting conditions of release filed on March 7, 2007.

Signed: October 29, 2007

Dennis L. Howell
United States Magistrate Judge